*NEW CASE ON APPEAL*

*CASE NO: MB1475049K*
*NAME : LEWIS, JERMEL*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/16/2015 3:41:32 PM
LISA MATZ
Clerk

*LIZ MATZ, CLERK*
*COURT OF APPEALS FOR THE*
*FIFTH SUPREME JUDICIAL DISTRICT*
*OF TEXAS, DALLAS TEXAS*


*By: Rowe M. Ramos*
*Deputy Clerk*
*214-653-5753*

CAUSE NO. MB1475049

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| VS. | 2015 NOV 18 AM 10:20 <br> in § | COURT NO. 9 |
| JERMEL LEWIS | JOHN F. WARREN <br> COUNTY CLERK <br> DALLAS COUNTY | OF DALLAS, TEXAS |

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jermel Lewis, Defendant, by and through his counsel of records, and files this

Motion for New Trial, and would show the Court the following:

I.

The Defendant was convicted for False Report to a Police Officer on October 20, 2015 at a trial before the Court.

II.

The Defendant would ask this court to set aside the conviction and punishment in the above numbered and styled case and grant a new trial.

WHEREFORE, PREMISES CONSIDERED, DEFENDANT, by and through his counsel, urges that

this Court grant said motion in the interest of justice.

Respectfully submitted,

Tifanee Baker
Attorney at Law
Richerson, Milton, Baker
306 E. Randol Mill Rd.
Arlington, TX 76011
Bar No. 24063565
Telephone: (214) 935-1439
Facsimile: (214) 935-1439

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for a New Trial has been sent via hand-delivery to the Dallas County District Attorney's Office, 133 N. Riverfront Blvd., Dallas, Texas, 75207, on this the 18th day of November 20 15.

Tifanee Baker

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
|  | § |  |
| VS. | § | COURT NO. 9 |
|  | § |  |
| JERMEL LEWIS | § | OF DALLAS, TEXAS |

## ORDER

On _____, 2015, came on to be considered the Defendant's Motion for New Trial, and

said Motion is hereby

(Granted)        (Denied)

_____
JUDGE PRESIDING

Cause No. MB14-75049

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| VS. | § | COURT NUMBER 9 |
| Jermel L. Lewis | § | DALLAS COUNTY, TEXAS |

2015 OCT 20 AM 11: 15

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____          10/20/15
Judge                            Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____          _____
Defendant                        Defendant's Counsel
Mailing Address: 801 Aspen Drive  State Bar No.: 0168259
Desoto, TX 75211                 Mailing Address: 2201 Main, Ste.1018
Telephone #: 469.                                Dallas, TX 75201
Fax # (if any): 469.643.9234     Telephone #: 214-747-1323
                                 Fax # (if any): 214-747-1337

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 1/2012

Trial Court No. MB14-75049-K

Court of Appeals No.

The State of Texas

In the County Court #9

V.

LEWIS, JERMEL

of Dallas County, Texas

## DOCKETING CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL IN COURT OF APPEALS

The Records of my office show that:

(1)  The Defendant named above was convicted in this court of the offense of: FALSE REP PO

(2)  The Honorable PEGGY HOFFMAN presided at the trial.

(3)  The state is represented by ROSHANDA WALKER

(4)  The Defendant is represented by:TIFANEE BAKER, 306 E. RANDOL MILL RD., ARLINGTON, TX 76011

(5)  Defendant's Counsel was:Retained ☒ Appointed ☐ Pro Se☐

(6)  The sentence imposed was 120 DAYS CONFINEMENT, 12 MONTHS PROBATION, $1000 FINE

(7)  The sentence did ☐ did not ☒ follow a plea bargain after a plea of guilty or no contest was entered before the court.

(8)  The sentence was imposed or suspended on 10/20/15. (date)

(9)  A motion for new trial was ☒(date 12/04/2015) was not ☐ filed.

(10)  The date notice of appeal given:11/18/15

(11)  Defendant is in jail ☐ or on $NO bond.

(12)  Defendant has ☐ has not ☒ been declared unable to pay costs.

(13)  The court reporter who reported the evidence was:SANDRA MORELAND 133 N. RIVERFRONT BLVD. DALLAS,TX 75207(Name & Address)

(14)  If two or more cases were tried together (same defendant) list case numbers only:      . If companion case, list docket number & defendant's name:

(Note: Send separate certificate for eash case appealed)

Witness my hand this 18TH day of NOVEMBER, 2015

Clerk of the County Criminal Court #9
Of Dallas County, Texas
By: Rona Reyes, Deputy clerk

CAUSE NO. MB1475049

2015 NOV 18 AM 10: 20

THE STATE OF TEXAS

VS.

JERMEL LEWIS

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY
§
§
§

IN THE COUNTY CRIMINAL

COURT NO. 9

OF DALLAS, TEXAS

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES, Jermel Lewis, the Defendant in the above styled and numbered cause, and submits this Notice of Appeal.

Notice is hereby given that the Defendant appeals the conviction handed down in this case on October 20, 2015 and all conditions imposed upon him in the judgment rendered against him at the end of trial.

The appeal for this case will be to the Fifth Court of Appeals in Dallas, Texas.

Respectfully submitted,

Tifanee Baker
Attorney at Law
Richerson, Milton, Baker
306 E. Randol Mill Rd.
Arlington, TX 76011
Bar No. 24063565
Telephone: (214) 935-1439
Facsimile: (214) 935-1439

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been sent via hand-delivery to the Dallas County District Attorney's Office, 133 N. Riverfront Blvd., Dallas, Texas, 75207, on this the 18th day of November 20 15.

Tifanee Baker